UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

JUSTIN MENDEZ,                           )
                                         )
        Plaintiff,                       )
                                         )
            v.                           )    CIVIL NO.:  3:20-cv-00129-RLY-MPB
                                         )
PIZZA HUT OF AMERICA, LLC,               )
                                         )
        Defendant.                       )

## DEFENDANT'S PRELIMINARY LIST OF WITNESSES AND EXHIBITS

Pursuant to the Case Management Plan approved by this court, Defendant, Pizza Hut of America, LLC, by counsel, hereby submits this Preliminary List of Witnesses and Exhibits.

## Preliminary List of Witnesses

Defendant submits the following as its preliminary list of witnesses who may be called to give testimony in this matter, other than those witnesses who may be called solely for purposes of impeachment or rebuttal:

1.  Justin Mendez

2.  Sarah Demko

3.  Kaitlyn Ketcham

4.  Crystal Ford

5.  Rylan Marks

6.  Erin Kleuser

7.  All individuals listed on Plaintiff's witness list

8.  Defendant's experts

9.  Any and all witnesses subsequently identified.

6979080v.1

Discovery remains ongoing and Defendant reserves the right to supplement or otherwise amend its list of witnesses. In the event that additional witnesses are identified, Plaintiff will be promptly advised.

### Preliminary List of Exhibits

Defendant submits the following as its preliminary list of exhibits that may be relied upon at trial of this matter, other than those that may be used solely for purposes of impeachment or rebuttal:

A. Plaintiff's personnel file, including disciplinary actions issued to Plaintiff

B. Defendant's anti-harassment and anti-discrimination policies

C. Defendant's cash deposit policy and other policies relevant to Plaintiff's claims

D. Documents reflecting Plaintiff's violation of Defendant's cash deposit policy

E. Documents reflecting disciplinary actions issued to employees other than Plaintiff for violations of Defendant's cash deposit policy

F. All pleadings in this action

G. Plaintiff's responses to Defendant's discovery requests

H. All documents produced during discovery in this action

I. All documents listed on Plaintiff's exhibit list

J. All documents obtained via subpoena in this action

Discovery remains ongoing and Defendant reserves the right to supplement or otherwise amend its list of exhibits. In the event that additional exhibits are identified, Plaintiff will be promptly advised.

### [signature on following page]

2

6979080v.1

Date:  September 23, 2020

Constangy, Brooks, Smith & Prophete, LLP

/s/  Andrew M. Witko
Andrew M. Witko (Admitted *pro hac vice)*
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: (571) 522-6107
Facsimile: (571) 522-6101
awitko@constangy.com

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Constangy, Brooks, Smith & Prophete, LLP

/s/  Andrew M. Witko
Andrew M. Witko (Admitted *pro hac vice)*
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: (571) 522-6107
Facsimile: (571) 522-6101
awitko@constangy.com

**Attorney for Defendant**

3

6979080v.1